No. 11-5768. Edward Lane, Petitioner v. Florida Parole Commission.

565 U.S. 921, 132 S. Ct. 346, 181 L. Ed. 2d 218, 2011 U.S. LEXIS 6887.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 11-5776. Maurice Tirrell Williams, Petitioner v. United States.

565 U.S. 921, 132 S. Ct. 346, 181 L. Ed. 2d 218, 2011 U.S. LEXIS 6933.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 428 Fed. Appx. 238.

No. 11-5777. Henock Colimon, Jr., Petitioner v. United States.

565 U.S. 921, 132 S. Ct. 347, 181 L. Ed. 2d 218, 2011 U.S. LEXIS 7011.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 429 Fed. Appx. 821.

No. 11-5782. Rickey Gene Slade, Petitioner v. United States.

565 U.S. 921, 132 S. Ct. 347, 181 L. Ed. 2d 218, 2011 U.S. LEXIS 6967.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 419 Fed. Appx. 377.

No. 11-5784. William Stamps, Jr., Petitioner v. United States.

565 U.S. 921, 132 S. Ct. 347, 181 L. Ed. 2d 218, 2011 U.S. LEXIS 6780.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 11-5787. Jose Arias-Hernandez, aka Juan Carlos Sanchez-Camacho, Petitioner v. United States.

565 U.S. 921, 132 S. Ct. 347, 181 L. Ed. 2d 218, 2011 U.S. LEXIS 6940.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 419 Fed. Appx. 525.

No. 11-5788. Ali Amirnazmi, Petitioner v. United States.

565 U.S. 921, 132 S. Ct. 347, 181 L. Ed. 2d 218, 2011 U.S. LEXIS 6987.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 645 F.3d 564.